UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EARNEST GILBERT WASHINGTON,<br><br>　　　　Defendant. | CASE NO. CR04-00518 MAT<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 28, 2008. The United States was represented by Patricia Lally, and defendant was represented by Carol Koller. The proceedings were digitally recorded.

### CONVICTION AND SENTENCE

Defendant had been convicted on or about February 25, 2005, on a charge of delay of mail by a United States Postal Officer. The Hon. Monica J. Benton of this court sentenced defendant to three years of probation.

PROPOSED FINDINGS - 1

PRIOR VIOLATIONS

Since the time of his original sentencing, the Probation Office has called to the court's attention alleged violations of conditions on six occasions. On February 26, 2008, the court revoked probation, sentenced defendant to time served (three days), and placed him on supervised release for one year.

PRESENTLY ALLEGED VIOLATIONS AND
DEFENDANT'S ADMISSIONS OF THOSE VIOLATIONS

In an application dated May 19, 2008, USPO Michael J. Larson alleged that defendant violated the conditions of supervised release in three respects:

(1) Deviating from his approved travel permit on or before May 8, 2008;

(2) Failing to follow the instructions of his probation officer since May 8, 2008; and

(3) Failing to reside in, and satisfactorily participate in a Residential Reentry Center (RRC) program by deviating from his approved schedule since before May 8, 2008.

At the hearing on May 28, 2008, defendant admitted each of these three violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon Mary Alice Theiler, to whom this case has been reassigned.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the three respects alleged, and conduct a disposition hearing. That hearing has been scheduled for June 6, 2008 at 1:30 p.m.

Defendant has been detained pending a final determination by the court.

DATED this 29th day of May, 2008.

JOHN L. WEINBERG
United States Magistrate Judge

PROPOSED FINDINGS - 2